

333 EARLE OVINGTON BLVD, STE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

April 4, 2023

<u>VIA ECF</u>

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Rm. 1506
New York, NY 10007

Re:    <u>Tannenbaum v. Crystal Ball Media,</u> 1:23-cv-00548 (RA)

Dear Judge Abrams:

We represent Plaintiff Allan Tannenbaum ("Plaintiff") in the above-captioned case. We write pursuant to Section 1.D of the Court's Individual Rules & Practices to respectfully request that the initial case management conference scheduled for April 7, 2023 be adjourned *sine die* in light of defendant Crystal Ball Media ("Defendant")'s failure to enter an appearance in this action. The Clerk entered a default of February 28, 2023 (Dkt. No. 12) and Plaintiff's counsel has not received any communication from Defendant, despite being properly served.

(1)  the original date of the hearing is April 7, 2023.

(2)  no previous requests for adjournment or extension have been made;

(3)  no previous requests were granted or denied;

(4) Defendant has failed to appear and therefore neither consents to nor opposes the requested relief;

No other dates will be impacted by this request. Plaintiff intends to file his motion for default judgment within the next 30 days.

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
4/5/2023

Respectfully Submitted,

**s/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff*