UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLAN TANNENBAUM<br><br>                      Plaintiff,<br><br>- against -<br><br>CRYSTAL BALL MEDIA, LLC<br>d/b/a inteviewmagazine.com<br><br>                      Defendant. | Docket No. 1:23-cv-00548-RA |

# ~~[PROPOSED]~~ DEFAULT JUDGMENT

**WHEREAS,** this matter came before the Court on plaintiff Allan Tannenbaum ("Plaintiff")'s application for entry of a default judgment against defendant Crystal Ball Media, LLC ("Defendant") under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2.

**WHEREAS,** Plaintiff filed his application for entry of default judgment seeking $5,000.00 in statutory damages for copyright infringement, $780.00 in attorneys' fees, and $440.00 in costs plus interest.

**WHEREAS,** Defendant has not filed any opposition to Plaintiff's application for default judgment.  The Court scheduled a hearing for Plaintiff's application on January 5, 2024 and Defendant failed to appear.

**THEREFORE, IT IS ADJUDGED AND ORDERED** that Plaintiff's application for entry of default judgment is GRANTED pursuant to Fed.R.Civ.P. 55(b)(2); it is

**FURTHER ORDERED** that the Court declares that, assuming Plaintiff's well-pled allegations to be true and in light of Defendant's default, Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of Plaintiff's registered work; it is

**FURTHER ORDERED** that Defendant shall pay $5,000.00 in statutory damages under 17 U.S.C. § 504(c); it is

**FURTHER ORDERED** that Defendant shall pay $650.00 in attorneys' fees and $440.00 in costs pursuant to 17 U.S.C. § 505; and it is

**FURTHER ORDERED** that this case is dismissed and the Clerk of the Court shall remove it from the docket of the Court.

This is a final appealable order. *See* FED. R. APP. P. 4(a).

Dated: _January 5, 2024_____   **SO ORDERED.**

_____
Ronnie Abrams (U.S.D.J.)